UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                                  Criminal Action No.: 1:04-CR-25-R

JAMES E. SANDERS                                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This matter comes before the Court on Defendant James E. Sanders motion for appointment of counsel. (DN 127). The United States has responded. (DN 128).

Sanders was charged with possession with intent to distribute 50 grams or more of a mixture and substance containing a detectible amount of methamphetamine and possession of a firearm during a drug trafficking crime. (DN 4). Sanders subsequently pled guilty pursuant to a Rule11(c)(1)(B) plea agreement. (DN 51). Sanders previously filed a motion pursuant to 28 U.S.C. 2255 to vacate his sentence, (DN 71), which this Court denied (DN 102, 112).

Sanders now wishes to file a second § 2255 motion in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551, 2556, 192 L. Ed. 2d 569 (2015). Sanders's requests this Court appoint him counsel to assist in this matter. (DN 127).[1] However, the "right to appointed counsel extends to only the first appeal of right," and a defendant "has no federal constitutional right to counsel when pursuing a discretionary appeal." *Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S. Ct. 1990, 95 L. Ed. 2d 539 (1987); *Landrum v. Mitchell*, 625 F.3d 905, 919 (6th Cir. 2010); *United States v. Rowe*, 2013 WL 3213079, at *4 (E.D. Ky. June 24, 2013) ("*Finley* clearly holds that a defendant does not have a federal constitutional right to

---

[1] Sanders also requested the Court send him a copy of this Court's rules and a form for filing a § 2255 motion. The Court notes that these materials and a *pro se* filing handbook have been sent to Sanders.

1

counsel in mounting a collateral attack upon his conviction.  Accordingly, Rowe is not entitled to the appointment of counsel to assist him in filing a motion pursuant to 28 U.S.C. § 2255").

      Accordingly, IT IS HEREBY ORDERED that James E. Sanders motion for appointment of counsel is DENIED.

cc: AUSA/James Edward Sanders, pro se